IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JOSEPH LEE WOYCHESHIN, JR. | § | |
| VS. | § | CIVIL ACTION NO. 1:19-CV-380 |
| STACEY L. LEBLANC, *et al.*, | § | |

<u>ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION</u>

Plaintiff, Joseph Lee Woycheshin, Jr., an inmate formerly confined at the Hightower Unit with the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se* and *in forma pauperis*, filed the above-referenced civil rights action pursuant to 42 U.S.C. § 1983 against defendants Senior Warden Stacey L. LeBlanc, Executive Director Bryan Collier, and the Texas Department of Criminal Justice.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends granting Defendants' Motion to Dismiss.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.[1]

---

[1] A copy of the Report and Recommendation was returned "undeliverable" with the notation that plaintiff has been discharged (docket entry no. 16). Plaintiff has failed to update the Court with his current address in contravention of Local Rule CV-11(d).

## ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. A Final Judgment will be entered in accordance with the recommendations of the Magistrate Judge.

**SIGNED this 6th day of April, 2020.**

_Michael J. Truncale_
Michael J. Truncale
United States District Judge